# Third District Court of Appeal
## State of Florida

Opinion filed August 12, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D26-0208
Lower Tribunal No. 24-249278-SP-25

_____

**Jorge Martin Hernandez,**
Appellant,

vs.

**Capital One, N.A.,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Linda Singer Stein, Judge.

Jorge Martin Hernandez, in proper person.

Pollack & Rosen, P.A., and Kevin John Spinozza, for appellee.

Before FERNANDEZ, GORDO, and GOODEN, JJ.

PER CURIAM.

Upon careful review of the record and appellant's initial brief, we summarily affirm the order. See Fla. R. App. P. 9.315(a). We conclude that the appellant's initial brief fails to demonstrate a preliminary basis for reversal.

Affirmed.